**Entered on Docket**
**February 09, 2012**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 8, 2012

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>CHIEN HWA LEACHMAN, aka CHIEN HWA WANG, aka CHIEN HWA WANG-LEACHMAN,<br><br>              Debtor.<br>_____<br>ARTHUR BRUNWASSER,<br><br>              Plaintiff,<br><br>  vs.<br><br>CHIEN HWA LEACHMAN,<br><br>              Defendant.<br>_____ | Case No. 11-32144 TEC<br><br>Chapter 7<br><br><br><br><br><br><br>Adv. Proc. No. 11-3180 TC |

**MEMORANDUM DECISION**

On January 30, 2012, the court held a status conference in the above-captioned adversary proceeding. Ujvala Singh appeared for Defendant. Arthur Brunwasser appeared in <u>pro per</u>. Upon due consideration, the court hereby orders as follows.

Judgment shall be entered for Defendant, because although Plaintiff established that Defendant violated a court order in using $43,860 to purchase a condominium, Plaintiff suffered no harm

ORDER RE MOTION FOR SUMMARY JUDGMENT

-1-

from such defalcation, because Trustee sold the condominium for an amount sufficient to restore to Plaintiff the funds misappropriated through the investment in the condominium.

**\*\*END OF ORDER\*\***

<u>**Court Service List**</u>

Arthur Brunwasser
240 Stockton Street, Fourth Floor
San Francisco, CA 94108

Chien Hwa Leachman
1361 26th Ave
San Francisco, CA 94122